**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Gerson C.P.,

        Petitioner,


   v.
                           **ORDER ADOPTING REPORT AND**
                                     **RECOMMENDATION**
                              Case No. 26-cv-01266 (MJD/LIB)

Administrator of Sherburne County
Jail, et al.,

        Respondents.

---

Gerson C.P., <u>pro se</u>.

Pedro Del Valle, IV, Assistant United States Attorney, Counsel for Respondents.

---

The above-entitled matter comes before the Court upon the Report and

Recommendation ("R&R") of United States Magistrate Judge Leo I. Brisbois filed

June 26, 2026.  (Doc. 17).  Neither party filed objections to the R&R.

Pursuant to statute, the Court has conducted a <u>de novo</u> review upon the

record.  28 U.S.C. § 636(b)(1); D. Minn. LR 72.2(b).  Based upon that review, the

Court adopts the Report and Recommendation of Magistrate Judge Brisbois.

Accordingly, based upon the files, records, and proceedings herein, **IT IS**

**HEREBY ORDERED** that the Court **ADOPTS** the Report and Recommendation

1

of United States Magistrate Judge Leo I. Brisbois dated June 26, 2026. **[Doc. 17]** as

follows: Petitioner's Petition for Writ of Habeas Corpus **[Doc. 1]** is **DENIED**

**without prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:   August 6, 2026                          s/Michael J. Davis
                                                 Michael J. Davis
                                                 United States District Court